1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   ACADIA L. SENESE
6  Law Clerk

7  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
8  Telephone: (415) 436-6488
   Fax: (415) 436-7234
9
   Attorneys for Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00774 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR SUMMONS** |
| BILLY HARRIGAN, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Acadia L. Senese, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Billy Harrigan to appear on January 6, 2006 at 9:30 am before Magistrate Judge Elizabeth D. Laporte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: Dec 9, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00774 MAG