| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CASBN 230237)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | ACADIA L. SENESE<br>Law Clerk |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 8 | Telephone: (415) 436-6488<br>Fax: (415) 436-7234 |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00774 MAG |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR SUMMONS** |
| BILLY HARRIGAN, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Acadia L. Senese, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Billy Harrigan to appear on January 31, 2006 at 9:30 am before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: Jan. 10, 2006

JOSEPH C. SPERO
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00774 MAG