```
KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00774 MAG |
| Plaintiff, ) | |
| v. ) | **ORDER FOR SUMMONS** |
| BILLY HARRIGAN, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Jayna Reynon, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Billy Harrigan appear on February 28, 2006 at 9:30 am before Magistrate Judge Maria-Elena James to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated:  February 2, 2006

JOSEPH C. SPERO
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00774 MAG